AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia


FILED
JUL 15 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Nam Quoc Hoang | ) | Case No. 1:16mj329 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 29, 2016__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(g)(1) | Knowingly and unlawfully possess, in and affecting commerce, ammunition |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

AUSA James L. Trump

*Complainant's signature*

Robert Grims, Detective Sergeant

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/15/2016__

City and state: __Alexandria, Virginia__

/s/
Ivan D. Davis
United States Magistrate Judge