IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

AUG 25 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:16cr193 (TSE) |
| | ) | |
| v. | ) | Possession of Ammunition |
| | ) | by a Prohibited Person |
| NAM QUOC HOANG, | ) | 18 U.S.C. § 922(g) |
| | ) | |
| Defendant. | ) | Forfeiture |

**August 2016 Term - At Alexandria**

**INDICTMENT**

**Possession of Ammunition by a Prohibited Person**

THE GRAND JURY CHARGES THAT:

On or about June 29, 2016, in Fairfax County, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, NAM QUOC HOANG, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely the following:

   a. Unlawful Possession of an Assault Firearm, New Jersey Superior Court, Middlesex County, Indictment No. 97-01-00031, sentenced on March 23, 1998;

   b. Possession of a Controlled Drug (Felony), VA Code Section 18.2-250, Fairfax County Circuit Court No. 94463, sentenced on January 8, 1999;

   c. Attempted Murder, VA Code Section 18.2-32 and 18.2-26, Arlington County Circuit Court No. 04-1078, sentenced on January 21, 2005;

   d. Use of a Firearm, VA Code Section 18.2-53.1, Arlington County Circuit Court No. 04-1079, sentenced on January 21, 2005;

  e.  Possession of a Controlled Drug (Felony), VA Code Section 18.2-250, Fairfax County Circuit Court No. FE-2011-1046, sentenced on February 24, 2012; and

  e.  Possession of Marijuana with Intent to Distribute, VA Code Section 18.2-248.1, Fairfax County Circuit Court No. FE-2011-1046, sentenced on February 24, 2012;

did unlawfully and knowingly possess, in and affecting commerce, ammunition, that is, approximately 100 rounds of 9mm ammunition, such ammunition having travelled in interstate and foreign commerce.

  (In violation of Title 18, United States Code, Section 922(g))

## FORFEITURE

Pursuant to Rule 32.2(a), the defendant is hereby notified that, if convicted of the offense charged in this indictment, the defendant shall forfeit to the United States all ammunition involved in such violation. This property includes, but is not limited to, all of the 9mm ammunition seized June 29, 2016, from the defendant's residence by the Fairfax County Police Department.

(Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

A TRUE BILL:
* Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office. *

_____
FOREPERSON

Dana J. Boente
United States Attorney

By: _____
James L. Trump
Carina A. Cuellar
Assistant United States Attorneys